■ EMERY WHYTE, Respondent, v YVENER DESTRA, Appellant, et al., Defendant. [751 NYS2d 391] —In an action to recover damages for personal injuries, the defendant Yvener Destra appeals from a judgment of the Supreme Court, Kings County (Schneier, J.), entered June 28, 2001, which, upon a jury verdict, is in favor of the plaintiff and against her in the principal sum of $225,000.

Ordered that the appeal is dismissed, with costs.

It is the obligation of the appellant to assemble a proper record on appeal (*see Matison v County of Nassau,* 290 AD2d 494; *Matter of Allstate Ins. Co. v Vargas,* 288 AD2d 309; *Singh v Getty Petroleum Corp.,* 275 AD2d 740). The record on appeal must contain all of the relevant papers that were before the Supreme Court, including the transcript, if any, of the proceedings (*see Matison v County of Nassau, supra; Matter of Allstate Ins. Co. v Vargas, supra; Desmarat v Basile,* 288 AD2d 336; *Lowry v Suffolk County Water Auth.,* 287 AD2d 551). The appellant seeks review of the jury's award of damages, and therefore, the record should have included the full trial transcript of the trial on damages (*see Brown v Middleton,* 244 AD2d 306, 308-309). Since the appellant failed to submit a record that would enable this Court to render an informed decision on the merits, her appeal must be dismissed (*see Matison v County of Nassau, supra; Matter of Allstate Ins. Co. v Vargas, supra; Desmarat v Basile, supra; Brown v Middleton, supra*). Altman, J.P., S. Miller, McGinity, Schmidt and Rivera, JJ., concur.